.WILLIAM P. ROOME et al., Appellants, *v.* FREDERICK C.
JENNINGS et al., Respondents.

APPEAL from judgment of the General Term of the City
Court, affirming a judgment dismissing the complaint.

For former decision, see 2 Misc. Rep. 257.

*F. A. Thomson*, for appellants.

*James L. Bishop*, for respondents.

*Per Curiam.*   The appeal must be disposed of in accord-
ance with the former decision of the General Term.   No new
question is presented by the amendment of the complaint, nor
by the evidence taken upon the last trial.

Judgment affirmed.

Present: DALY, Ch. J., BISCHOFF and PRYOR, JJ.
Judgment affirmed.